STATE OF NEW JERSEY v. ROBERT EUGENE HARRIS.

March 1, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES HARBULA.

March 1, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. LARRY RAMSEY.

March 1, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. STEPHEN AZZOLLINI.

March 1, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. THEODORE McSWAIN.

March 1, 1983.

Petition for certification denied.